No. 77–6348. BLACK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6386. DANE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6390. LE BRUN v. CUPP, PENITENTIARY SUPERINTENDENT. Sup. Ct. Ore. Certiorari denied.

No. 77–6406. DENOMIE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6413. McRAE ET AL. v. UNITED STATES BUREAU OF PRISONS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–6438. WILSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6465. FLYNN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–6468. MILLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6476. MISSOURI v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 77–6477. ROBEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6483. COTTON v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–6485. PITTS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6488. BURKHART v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6502. ANTONMARCHI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.